# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. 2:21-cr-0891-1 |
| JESSICA ELAINTRELL SMITH | § | |

## DEFENDANT'S UNOPPOSED MOTION TO RECOMMEND PLACEMENT FOR SERVICE OF SENTENCE

The defendant, JESSICA ELAINTRELL SMITH, through her court-appointed attorney, the Federal Public Defender, requests that the Court recommend placement in the Bureau of Prisons for service of her sentence at Bryan FPC. As grounds for this motion, Ms. Smith shows as follows:

### I.

On April 5, 2022, Ms. Smith is pleaded guilty to conspiring with other persons to steal, purloin, and convert to their own use or the use of others, property and things of value exceeding $1,000 all of which belonged to the United States Army, in violation of Title 18 U.S.C. § 371, 2, and 641. On August 2, 2022, Ms. Smith appeared for sentencing and received a sentence of 18 months in the Bureau of Prisons, followed by 2 years supervised release.

### II.

Ms. Smith requests that the Court recommend that the Bureau of Prisons place her at the Bryan FPC facility, which is located in Bryan, Texas. Ms. Smith recognizes that any such recommendation is not binding on the Bureau of Prisons.

WHEREFORE, Ms. Smith requests that the Court recommend that she serve her sentence at a Bureau of Prisons facility in Bryan FPC.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By: /s/ Lila Michelle Garza
LILA MICHELLE GARZA
Asst. Federal Public Defender
Texas Bar No. 24047285
Southern District No. 1277008
606 N. Carancahua St., Ste. 401
Corpus Christi, TX 78403-3011
Telephone: (361) 888-3532
Fax:           (361) 888-3534

**CERTIFICATE OF SERVICE**

I certify that on August 3, 2022 a copy of this document was served via CM-ECF on Assistant United States Attorney Joel Dunn, 800 N. Shoreline, Suite 500, Corpus Christi, Texas 78401.

/s/ Lila Michelle Garza
LILA MICHELLE GARZA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:21-cr-0891-1 |
| | § | |
| JESSICA ELAINTRELL SMITH | § | |

## ORDER

The defendant's motion for a recommendation to serve her sentence at a Bureau of Prisons Bryan FPC facility in Bryan, Texas is

GRANTED    /    DENIED.

It is recommended that the defendant, Jessica Elaintrell Smith, serve her sentence at Bryan FPC in Bryan, Texas so long as the security needs of the Bureau of Prisons are met.

It is further ORDERED that a copy of this order shall be provided to the United States Marshals Service, who shall forward it to the Bureau of Prisons.

So ordered this ____ day of _____, 2022.

_____
HONORABLE JUDGE DREW B. TIPTON
UNITED STATES DISTRICT JUDGE